IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALFONSO FORNEY,** | **CIVIL NO. 1:14-CV-0734** |
| Petiotioner | |
| v. | |
| **MONICA RECKTENWALD,** Warden, *et al.,* | |
| Respondents | |

# O R D E R

Before the court is an August 8, 2014 report and recommendation of the magistrate judge to whom this matter was referred in which she recommends that the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 be dismissed. Objections to the report and recommendation were due August 25, 2014 and, to date, no objections have been filed.

Therefore, upon independent review of the record and applicable law, **IT IS HEREBY ORDERED THAT**:

     1) The court adopts the report and recommendation of Magistrate Judge Mehalchick.

     2) The petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 is dismissed without prejudice to any right Petitioner may have to reassert the civil rights claims in a properly filed civil rights action.

     3) The Clerk of Court shall close the file.

                                                                   s/Sylvia H. Rambo
                                                           United States District Judge

Dated: September 9, 2014.